Donald Iwuchuku, Esq.
**LAW OFFICES OF DONALD IWUCHUKWU**
2600 W. Olive Ave., Ste 500
Burbank, CA 91505
Tel: 818-333-5035
Fax: 213-805-8040
Email: donaldiwuchuku@gmail.com
SBN: 181726

DONALD IWUCHUKWU, Esq.
Attorney for Debtor

FILED & ENTERED

MAR 19 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY kaaumoan DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

*CHANGES MADE BY COURT*

| | |
|---|---|
| In re<br><br>MARGARET LOUISE MEADOWS,<br><br>Debtor. | Case No.: 2:24-bk-10967-WB<br><br>Chapter 13<br><br>**INTERIM ORDER RE:**<br><br>**DEBTOR'S MOTION IN INDIVIDUAL CASE FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY AS THE COURT DEEMS APPROPRIATE**<br><br>Date: ~~3/05/2024~~ *2/12/2024*<br>Time: 10:00 A.M.<br>Place: Courtroom 1375 |

The Court having considered the Debtor's Motion in Individual Case for Order Imposing a Stay or Continuing the Automatic Stay as the Court Deems Appropriate ("Motion") *(docket no. 8)* filed on February 9, 2024, *after the hearing held on February 12, 2024 and having granted the Motion and imposing the automatic stay on an interim basis and having continued the hearing to March 5, 2024,* after the continued hearing held on March 5, 2024, hereby rules as follows:

**IT IS ORDERED** that the Stay of 11 U.S.C. §362(a) is imposed as to the Secured Creditor with respect to the Property on an interim basis until and including March 26, 2024.

///

///

///

**IT IS FURTHER ORDERED** that the hearing on the Motion is continued to March 26, 2024 at 10:00 A.M.

####

Date: March 19, 2024

Julia W. Brand
United States Bankruptcy Judge