| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>**Donald Iwuchuku, Esq.**<br>**LAW OFFICES OF DONALD IWUCHUKU**<br>**2600 W. Olive Ave., Ste 500**<br>**Burbank, CA 91505**<br>**818.333.5035 Fax: 213.805.8040**<br>**181726 CA**<br>**donaldiwuchuku@gmail.com**<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for Movant:* DEBTOR | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**APR 03 2024**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** penning **DEPUTY CLERK** |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>**Margaret Louise Meadows**<br><br><br><br>Debtor(s). | CASE NO.: **2:24-bk-10967-WB**<br>CHAPTER: **13**<br><br>**ORDER ☒ GRANTING ☐ DENYING**<br>**MOTION FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY**<br><br>☐ No hearing held<br>☒ Hearing held<br><br>DATE: **3/26/2024**<br>TIME: **10:00 a.m.**<br>COURTROOM: **1375**<br>ADDRESS: **255 E. Temple St., Los Angeles, CA 90012** |
|---|---|

**Movant** (*name*): **MARGARET LOUISE MEADOWS**

1. The Motion was: ☐ Opposed ☒ Unopposed ☐ Settled by stipulation

2. The Motion affects the following property (Property):
   ☐ Vehicle (*describe year, manufacturer, type and model*):
       *Vehicle identification number:*
       *Location of vehicle (if known):*

   ☐ Equipment (*describe manufacturer, type, and characteristics*):
       *Serial numbers(s):*
       *Location (if known):*

   ☐ Other personal property (*describe type, identifying information, and location*):

---

"Bankruptcy Code" and "11 U.S.C." refer to the United States Bankruptcy Code, Title 11 of the United States Code.
"FRBP" refers to the Federal Rules of Bankruptcy Procedure. "LBR" and "LBRs" refer to the Local Bankruptcy Rule(s) of this court.

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2018                                    Page 1                      F 4001-1.IMPOSE.STAY.ORDER

☒ Real property:

> Street Address: **1121 S. Dolphin Street**
> Unit Number:
> City, State, Zip Code: **San Pedro, CA 90732**
>
> Legal description or document recording number (*including county of recording*): **A.P.N.: 7459-017-015**
>
> ☐ See attached page.

3. The Motion is granted on the ground that:
   a. ☒ This case was filed in good faith
   b. ☒ The Property is of consequential value or benefit to the estate.
   c. ☒ The presumption of bad faith under 11 U.S.C. § 362(c)(3)(C)(i) or (c)(4)(D)(i) has been overcome as to all creditors.
   d. ☒ The presumption of bad faith as to the Secured Creditor/Lessor under 11 U.S.C. § 362(c)(3)(C)(ii) or (c)(4)(D)(ii) has been overcome.

4. The stay of 11 U.S.C. § 362(a) is
   a. ☒ Imposed *as to all creditors* until further order of the court.
   b. ☒ Imposed as to the Secured Creditor/Lessor with respect to actions to collect the debt owed to the Secured Creditor/Lessor until further order of the court.
   c. ☒ Imposed as to the Secured Creditor/Lessor with respect to the Property until further order of the court.
   d. ☐ Continued *as to all creditors* until further order of the court.
   e. ☐ Continued in effect as to the Secured Creditor/Lessor with respect to actions to collect the debt owed to the Secured Creditor/Lessor until further order of the court.
   f. ☐ Continued in effect as to the Secured Creditor/Lessor with respect to the Property until further order of the court.

5. ☐ The stay shall be imposed or continued in effect subject to the terms and conditions set forth in the Adequate Protection Attachment to this order.

6. ☐ See attached continuation page for additional provisions.

7. ☐ The Motion is denied: ☐ without prejudice ☐ with prejudice ☐ on the following grounds:
   a. ☐ Based upon the filings of fact and conclusions of law made on the record at the hearing
   b. ☐ Unexcused non-appearance by Movant
   c. ☐ Lack of proper service
   d. ☐ Lack of good cause shown for relief from stay
   e. ☐ Other (*specify*):

###

Date: April 3, 2024

*Julia W Brand*
Julia W. Brand
United States Bankruptcy Judge

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2018                                                           Page 2                                              F 4001-1.IMPOSE.STAY.ORDER