Donald Iwuchuku, Esq.
**LAW OFFICES OF DONALD IWUCHUKWU**
2600 W. Olive Ave., Ste 500
Burbank, CA 91505
Tel: 818-333-5035
Fax: 213-805-8040
Email: donaldiwuchuku@gmail.com
SBN: 181726

DONALD IWUCHUKWU, Esq.
Attorney for Debtor



FILED & ENTERED

MAY 03 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY kaaumoan  DEPUTY CLERK

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>MARGARET LOUISE MEADOWS,<br><br>　　　　　　　　　　　　Debtor. | Case No.: 2:24-bk-10967-WB<br><br>Chapter 13<br><br>**ORDER RE:**<br><br>**EMERGENCY MOTION AND MOTION FOR ORDER TO RECONSIDER THIS COURT'S ORDER DISMISSING CASE AND REINSTATE CASE**<br><br>Hearing:<br>Date:　4/30/2024<br>Time:　10:00 a.m.<br>Place:　Courtroom 1375 |

　　　　The Court having considered the Debtor's Emergency Motion and Motion for Order Setting Aside the Order Dismissing Case and Reinstate Case filed on April 22, 2024, hereby rules as follows:

　　　　**IT IS ORDERED** that the dismissal order entered on April 12, 2024, is hereby VACATED.

　　　　**IT IS FURTHER ORDERED** that the Automatic Stay*, to the extent such stay existed prior to case dismissal,* is hereby re-imposed as of entry of this Order. *Any actions taken by any creditors of the estate between the April 12, 2024 entry of the order dismissing this chapter 13 case and the date of entry of this order shall not be affected by reinstatement of this bankruptcy case.*

　　　　Debtor must tender the post-petition mortgage payments due from March 2024 through May 2024 to the secured creditor, Flagstar Bank, N.A., on or before May 6, 2024. If Debtor fails to tender the post-petition

mortgage payments to the secured creditor, Flagstar may file a declaration of non-payment which would result in dismissal of this case.

Debtor must tender all Plan payments due for March 2024 through May 2024 to the Chapter 13 Trustee by May 6, 2024.  If Debtor fails to tender the timely Plan payments to the Chapter 13 Trustee, the Trustee may file a declaration of non-payment which would result in dismissal of this case.

Debtor must file the Motion to Commence LMM Program by May 13, 2024.

If Debtor receives family contribution(s), Debtor must submit the declaration(s) regarding family contribution(s) at least one week from date of setting the continued confirmation hearing.

This Court shall order an Order of an Adequate Protection Stipulation ("APO") to stay current and resolve the Motion for Relief from the Automatic Stay filed by secured creditor, Flagstar Bank, N.A.  If Debtor fails to stay current with her post-petition mortgage payments to Flagstar Bank, N.A., a Declaration regarding Debtor's breach of the APO shall be filed and relief from stay shall be automatically granted.

####

Date: May 3, 2024

*Julia W Brand*
Julia W. Brand
United States Bankruptcy Judge