Nancy Curry, Chapter 13 Trustee
1000 Wilshire Boulevard, Suite 870
Los Angeles, California 90017
Tel: (213) 689-3014

**FILED & ENTERED**

**OCT 24 2024**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY kaaumoan DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Chapter 13 |
| MARGARET LOUISE MEADOWS, | Case No. 2:24-bk-10967-WB |
| | **ORDER DISMISSING CHAPTER 13 CASE DUE TO FAILURE OF DEBTOR TO COMPLY WITH THE COURT'S DIRECTIVE** |
| Debtor. | Date:  September 25, 2024<br>Time:  10:00 A.M.<br>Place: 255 E. Temple Street<br>       Courtroom 1375<br>       Los Angeles, CA 90012 |

On September 25, 2024 at 10 a.m. in Courtroom 1375, 255 East Temple Street, Los Angeles, CA 90012, the Honorable Julia Brand held the confirmation hearing in this matter. Appearances were as noted in the record. The Court confirmed the plan conditioned upon the Debtor curing the plan payment delinquency by October 2, 2024. The Court having considered the pleadings filed and statements made in open Court, and good cause appearing,

1

IT IS HEREBY ORDERED THAT:

1. The Chapter 13 case is dismissed for debtor's failure to comply with the Court's directive, and all pending motions and adversary proceedings in this case are moot and dismissed.

2. The order for relief resulting from the filing of the petition is set aside and vacated.

3. All stay and restraining orders arising under Bankruptcy Code §362(a) and §1301 are vacated and dissolved.

###

Date: October 24, 2024

Julia W. Brand
United States Bankruptcy Judge