# United States Bankruptcy Court
# Central District of California

255 East Temple Street, Los Angeles, CA 90012

# NOTICE OF DISMISSAL

**DEBTOR INFORMATION:**
Margaret Louise Meadows

**BANKRUPTCY NO.** 2:24−bk−10967−WB

**CHAPTER** 13

**Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):** xxx−xx−1749
**Employer Tax−Identification (EIN) No(s).(if any):** N/A
**Debtor Dismissal Date:** 10/24/24

**Address:**
1121 S. Dolphin St.
San Pedro, CA 90732

You are notified that an order was entered **DISMISSING** the above−captioned case and vacating the discharge if previously entered.

The Court retains jurisdiction on all issues involving sanctions, any bar against being a debtor in bankruptcy, all issues arising under Bankruptcy Code §§ 105, 109(g), 110, 329, 349, and 362, and to any additional extent provided by law.

Dated: October 24, 2024

For The Court,

**Kathleen J. Campbell**
Clerk of Court

Form ntcdsm−ndms Rev. 06/2017

**75 / WK**